# EXHIBIT A

https://majesticpure.com/pages/about-us

# MAJESTIC PURE
COSMECEUTICALS

SPECIALS   FACE   BODY   HAIR   OILS   GIFTS

# REASONS TO LOVE US



**NATURAL**
We strive to use the purest ingredients available.



**30 DAY GUARANTEE**
If you're not happy, just return within 30 days. Boom.



**BASED IN CA**
Our main headquarters are in sunny California.



**FREE SHIPPING**
Free shipping on all domestic orders.

Unlock Your Natural Beauty with Majestic Pure.

At Majestic Pure, we believe that natural beauty starts with our relationship to Mother Earth. We believe in the power of plants, and that pure and clean ingredients nourish you from the inside out. Our essential oils, body scrubs, shampoos and skin care are made from simple and pure botanical ingredients. We source our ingredients carefully and sustainably from the best sources around the world. We test every shipment of essential oil we receive to verify its purity and quality.

Majestic Pure is committed to both quality products and quality of life. We offer outstanding products made from simple and pure botanical ingredients that improve the wellbeing of those who use them. Our small family travels the world to find top-quality essential oils. We care for the small grower communities and openly share product information on each and every bottle delivered to you.

# MAJESTIC PURE
COSMECEUTICALS

SPECIALS   FACE   BODY   HAIR   OILS   GIFTS

## FREQUENTLY ASKED QUESTIONS

**What is an Essential oil?**

**Are Majestic Pure's Essential oils organic?**

All of Majestic Pure's botanical oils are 100% pure, free from any additives or adulterants. All oils from Majestic Pure Aromatherapy are therapeutic grade, meaning they are produced to the highest quality standards possible. We work very close with our suppliers to provide oils that come from organically grown plants.

**What are the different methods of Essential oil extraction?**

**How are Essential oils used?**

**Can Essential oils be taken internally?**