# EXHIBIT B

### Sample Information

Analyzed by   : Dr. Robert S. Pappas
Analyzed      : 1/5/2018 5:34:40 PM
Sample Type   : Essential Oil
Sample Name   : Lavender - Majestic Pure
Sample ID     : *180104D-L17320
Injection Volume : 0.10
Instrument ID: : GC-3



Chromatogram Lavender - Majestic Pure

FRAUDULENT OIL

### Peak Report TIC

| R.Time | Name | Area% |
|---|---|---|
| 12.621 | alpha-Pinene | 0.11 |
| 13.542 | Camphene | 0.04 |
| 14.820 | Sabinene | 0.03 |
| 15.135 | beta-Pinene | 0.06 |
| 15.768 | Myrcene | 0.18 |
| 16.844 | alpha-Phellandrene | 0.03 |
| 17.504 | alpha-Terpinene | 0.01 |
| 17.981 | para-Cymene | 0.12 |
| 18.285 | Limonene | 0.32 |
| 18.403 | beta-Phellandrene | 0.05 |
| 18.484 | 1,8-cineole | 2.83 |
| 18.690 | cis-beta-Ocimene | 0.05 |
| 19.383 | trans-beta-Ocimene | 0.10 |
| 20.182 | gamma-Terpinene | 0.08 |
| 21.000 | cis-Linaool oxide (furanoid) | 0.03 |
| 22.006 | Terpinolene | 0.03 |
| 22.072 | trans-Linalool oxide (furanoid) | 0.03 |
| 22.307 | Unidentified | 0.02 |
| 22.440 | Plinol isomer | 0.03 |
| 22.991 | Linalool | 35.59 |
| 23.488 | 1-Octen-3-yl acetate | 0.02 |
| 24.408 | Unidentified | 0.04 |
| 24.786 | Unidentified | 0.02 |
| 24.879 | Plinol isomer | 0.08 |
| 25.339 | Dihydrolinalool | 0.26 |
| 26.237 | Camphor | 4.34 |
| 26.388 | trans-beta-Terpineol | 0.03 |
| 27.373 | Isoborneol | 0.02 |
| 27.958 | Borneol | 0.25 |
| 28.554 | Terpinen-4-ol | 0.79 |
| 29.338 | Hexyl butyrate | 1.16 |
| 29.554 | alpha-Terpineol | 0.04 |
| 29.890 | gamma-Terpineol | 0.28 |
| 31.555 | Unidentified | 0.05 |
| 31.906 | Unidentified | 0.06 |
| 32.804 | Hexyl 3-methylbutyrate | 0.20 |
| 33.325 | Linalyl acetate | 0.02 |
| 34.559 | Dihydrolinalyl acetate | 48.74 |
| 35.596 | Lavandulyl acetate | 0.52 |
| 40.060 | Eugenol | 0.28 |
| 40.573 | Neryl acetate | 0.07 |
| 41.730 | alpha-Copaene | 0.07 |
| 41.862 | Geranyl acetate | 0.05 |
| 44.538 | beta-Caryophyllene | 0.13 |
| 46.630 | trans-beta-Farnesene | 2.21 |
| 46.788 | alpha-Humulene | 0.08 |
| 48.375 | Germacrene D | 0.24 |
| 49.674 | Lavandulyl isovalerate | 0.06 |
| 50.337 | gamma-Cadinene | 0.04 |
| 54.412 | Caryophyllene oxide | 0.02 |
|  |  | 0.09 |
|  |  | 100.00 |

**Comments:**

The oil is a compound of lavandin oil (obvious from the elevated levels of camphor and 1,8-cineole) and synthetic linalool and synthetic linalyl acetate, as evidenced by the presence of dihydrolinalool and dihydrolinalyl acetate which only occur as trace markers when linalool and linalyl acetate are made synthetically.

©Copyright 2017 by Essential Oil University. All rights reserved. Any publishing, copying, use, dissemination, or distribution of this report, including online, without the express written permission of Essential Oil University is strictly prohibited.

## Sample Information

Analyzed by     : Dr. Robert S. Pappas
Analyzed        : 12/9/2017 8:04:24 AM
Sample Type     : Essential Oil
Sample Name     : Lavender - Majestic Cosmeceuticals
Sample ID       : 1712O7C
Injection Volume: 0.10
Instrument ID:  : GC-2

**FRAUDULENT OIL**

Chromatogram Lavender - Majestic Cosmeceuticals



### Peak Report TIC

| R.Time | Name | Area% |
|---|---|---|
| 14.797 | alpha-Thujene | 0.06 |
| 15.270 | alpha-Pinene | 1.81 |
| 16.272 | Camphene | 0.11 |
| 17.975 | beta-Pinene | 0.73 |
| 18.537 | 2-Octanone | 0.93 |
| 19.007 | 3-Octanol | 0.36 |
| 19.915 | delta-3-Carene | 0.06 |
| 19.974 | Hexyl acetate | 0.18 |
| 20.458 | Unidentified | 0.16 |
| 20.956 | para-Cymene | 0.91 |
| 21.284 | Limonene | 3.77 |
| 21.510 | 1,8-cineole | 2.69 |
| 21.614 | Unidentified | 0.11 |
| 21.881 | Unidentified | 0.07 |
| 23.227 | gamma-Terpineue | 0.26 |
| 25.111 | Terpinolene | 0.88 |
| 26.052 | Linalool | 3.75 |
| 27.357 | 3-Octyl acetate | 0.35 |
| 29.493 | Camphor | 1.72 |
| 30.638 | Isoborneol | 1.03 |
| 31.011 | Unidentified | 5.78 |
| 31.220 | Borneol | 0.08 |
| 31.798 | Terpinen-4-ol | 0.24 |
| 32.432 | Hexyl butyrate | 0.16 |
| 32.788 | alpha-Terpineol | 1.68 |
| 33.112 | gamma-Terpineol | 0.23 |
| 34.582 | Isononyl acetate | 0.10 |
| 36.433 | Linalyl acetate | 4.78 |
| 37.684 | Dihydrolinalyl acetate | 0.06 |
| 38.532 | Nopol | 0.93 |
| 38.716 | Terpinyl acetate isomer | 0.33 |
| 38.888 | Isobornyl acetate | 0.21 |
| 39.065 | Bornyl acetate | 0.17 |
| 42.011 | Unidentified | 0.36 |
| 43.022 | alpha-Terpinyl acetate | 17.33 |
| 43.131 | gamma-Terpinyl acetate | 4.04 |
| 43.724 | Unidentified | 0.25 |
| 43.810 | Unidentified | 0.09 |
| 43.999 | Unidentified | 0.18 |
| 44.195 | Unidentified | 0.10 |
| 44.281 | Unidentified | 0.11 |
| 44.715 | Unidentified | 0.16 |
| 44.937 | Geranyl acetate | 0.26 |
| 45.030 | Unidentified | 0.37 |
| 45.353 | Unidentified | 0.06 |
| 46.454 | Unidentified | 0.17 |
| 46.590 | Unidentified | 0.15 |
| 46.884 | Unidentified | 0.12 |
| 46.986 | Unidentified | 0.37 |
| 47.076 | Unidentified | 0.13 |
| 47.329 | Unidentified | 0.07 |
| 47.674 | Unidentified | 0.14 |
| 47.846 | Nopyl acetate | 5.74 |
| 48.020 | Unidentified | 0.16 |
| 48.101 | Unidentified | 0.23 |
| 48.335 | Unidentified | 0.44 |
| 48.424 | Unidentified | 0.52 |
| 48.636 | Coumarin | 0.26 |
| 48.748 | Unidentified | 1.89 |
| 48.905 | Unidentified | 0.94 |
| 49.051 | Unidentified | 0.57 |
| 49.226 | Unidentified | 0.38 |
| 49.380 | Unidentified | 0.44 |
| 49.463 | Unidentified | 0.45 |
| 49.794 | Unidentified | 0.53 |
| 49.940 | Unidentified | 0.85 |
| 50.053 | Unidentified | 0.30 |
| 50.167 | Unidentified | 0.33 |
| 50.307 | Unidentified | 0.64 |
| 50.532 | Isodecyl methacrylate | 0.27 |
| 50.705 | Unidentified | 0.22 |
| 50.799 | Unidentified | 0.15 |
| 51.018 | Unidentified | 0.62 |
| 51.413 | Unidentified | 0.41 |
| 57.838 | Diethyl Phthalate | 24.14 |
| 67.769 | Benzyl benzoate | 0.27 |
| 82.190 | Ricinelaidic acid lactone | 0.20 |
| | | 100.00 |

**Comments:**

The sample is a cheap fragrance compound with no detectible amount of actual lavender essential oil in the product. The product is mainly terpinyl acetate (not in lavender) and heavier carrier components including DEP (a toxic phthalate plasticizer).

©Copyright 2017 by Essential Oil University. All rights reserved. Any publishing, copying, use, dissemination, or distribution of this report, including online, without the express written permission of Essential Oil University is strictly prohibited.

# Sample Information

Analyzed by : Dr. Robert S. Pappas
Analyzed : 4/7/2017 10:00:49 PM
Sample Type : Essential Oil
Sample Name : Lavender
Sample ID : 50237
Injection Volume : 0.10
Data File : C:\GCMSsolution\Data\EOUAcademic\Lavender 50237.qgd

Chromatogram Lavender C:\GCMSsolution\Data\EOUAcademic\Lavender 50237.qgd





Typical Ranges of Main Components:

### Peak Report TIC

| R.Time | Name | Area% |
|---|---|---|
| 12.456 | alpha-Pinene | 1.08 |
| 13.364 | Camphene | 0.02 |
| 14.635 | Sabinene | 0.01 |
| 14.942 | beta-Phene | 0.13 |
| 15.553 | Octan-3-one | 0.62 |
| 15.747 | 6-Methyl-hept-5-en-2-ol | 0.03 |
| 15.994 | 3-Octanol | 0.88 |
| 16.489 | 3-cis-Hexenyl acetate | 0.09 |
| 16.634 | alpha-Phellandrene | 0.20 |
| 16.781 | delta-3-Carene | 0.03 |
| 16.930 | Hexyl acetate | 0.37 |
| 17.295 | alpha-Terpinene | 0.05 |
| 17.775 | para-Cymene | 0.31 |
| 18.079 | Limonene | 0.87 |
| 18.188 | beta-Phellandrene | 0.02 |
| 18.276 | 1,8-Cineole | 2.67 |
| 18.475 | cis-beta-Ocimene | 0.10 |
| 19.162 | trans-beta-Ocimene | 0.08 |
| 19.942 | gamma-Terpinene | 0.22 |
| 21.485 | Terpinolene isomer | 0.07 |
| 21.764 | Terpinolene | 4.58 |
| 21.988 | Fenchone | 0.02 |
| 22.075 | 2-Nonanone | 0.57 |
| 22.566 | 4-Methylcyclohexyl acetate | 0.06 |
| 22.809 | Linalool | 29.52 |
| 22.957 | 2-Methylbutyl-2-methylbutyrate | 0.03 |
| 23.235 | 1-Octen-3-yl-acetate | 0.05 |
| 24.059 | 3-Octyl acetate | 1.10 |
| 25.076 | Dihydrolinalool | 0.24 |
| 25.181 | 1-Terpineol | 1.02 |
| 26.122 | trans-beta-Terpineol | 0.02 |
| 27.107 | Nerol | 0.09 |
| 27.688 | Borneol | 0.22 |
| 27.967 | cis-Pinocamphone | 0.03 |
| 28.087 | Menthol | 0.09 |
| 28.284 | Terpinen-4-ol | 0.05 |
| 29.289 | alpha-Terpineol | 0.05 |
| 29.617 | gamma-Terpineol | 0.02 |
| 31.272 | Nerol | 0.22 |
| 31.635 | Unidentified | 0.03 |
| 32.608 | Carvone | 0.92 |
| 33.115 | Linalyl acetate | 39.35 |
| 34.289 | Dihydrolinalyl acetate | 0.36 |
| 35.071 | beta-Terpinyl acetate | 0.02 |
| 35.260 | Unidentified | 0.02 |
| 35.389 | Bornyl acetate | 0.05 |
| 35.517 | Unidentified | 0.02 |
| 38.548 | Dihydrocaryl acetate | 0.06 |
| 39.522 | alpha-Terpinyl acetate | 3.86 |
| 39.639 | gamma-Terpinyl acetate | 0.64 |
| 40.293 | Neryl acetate | 0.11 |
| 41.445 | alpha-Copaene | 0.02 |
| 41.581 | Geranyl acetate | 1.10 |
| 43.304 | cis-beta-Caryophyllene | 0.02 |
| 44.266 | trans-beta-Caryophyllene | 5.63 |
| 45.076 | Coumarin | 1.82 |
| 46.341 | trans-beta-Farnesene | 0.02 |
| 46.499 | alpha-Humulene | 0.04 |
| 48.078 | Germacrene D | 0.05 |
| 54.846 | Viridiflorol | 0.02 |
| 66.591 | Unidentified | 0.01 |
|  |  | 100.00 |

Comments:

Based on the fact that this sample had no detectable level of lavandulyl acetate it is believed that there is no measurable amount of lavender oil used in the product. The linalool and linalyl acetate used are from synthetic linalool sources as demonstrated by the presence of the marker peaks dihydrolinalool and dihydrolinalyl acetate in proportion to their expected values for usage at 30% and 40% respectively. Coumarin is toxic component that is about 20 times higher than found in any natural lavender oil.

*Plus que des analyses... des conseils*

Date : April 21, 2016

SAMPLE IDENTIFICATION

Internal code : 16D11-OCF3-1-LC
Customer Identification : Majestic Pure - Lavender - Lot #0121MP-lao - Untampered seal
Type : Essential oil
Source : *Lavandula angustifolia*
Customer : 5 Oils 10 Companies Fundraiser

ANALYSIS

Method : PC-PA-001-15E06, "Analysis of the composition of a liquid essential oil by GC-FID" (in French). Identifications double-checked by GC-MS
Analyst : Alexis St-Gelais, M. Sc., chimiste
Analysis date : 2016-04-16

Checked and approved by :

Alexis St-Gelais, M. Sc., chimiste 2013-174

Note: This report may not be published, including online, without the written consent from Laboratoire PhytoChemia.

This report is digitally signed, it is only considered valid if the digital signature is intact.

Laboratoire PhytoChemia

Page 1 of 5

3225-A Boul St-François, Jonquière (Qc) G7T 1A1 | www.phytochemia.com

Essential oil, Lavandula angustifolia  Customer Identification:  Report prepared for
Internal Code: 16011-OCF3-1-LC  Majestic Pure - Lavender - Lot #0121MP-lao - Untampered seal  5 Oils 10 Companies Fundraiser

| Coumarine | 21.92 | 1436 | 2.04 | 0.96 | 2276 | 42.48 | Coumarin |
|---|---|---|---|---|---|---|---|
| **Total Identified** | | | 99.19% | 99.04% | | | |

\*: Two or more compounds are coeluting on this column
[xx]: Duplicate percentage due to coelutions, not taken account in the identified total

Note: no correction factor was applied

## OTHER DATA

**Physical aspect:** Clear liquid
**Refractive Index:** 1.4615 ± 0.0003 (20 °C)

## CONCLUSION

This sample contains no lavender oil. It rather is a blend of several isolated compounds (terpinyl acetates, coumarine, synthetic linalool and linalyl acetate, 2-octanone and 2-nonanone) and possibly a simple essential oil base.

Majestic Pure

Bergamot 2/9/16 FAILED – View PDF
Geranium 2/9/16 FAILED – View PDF
Peppermint 2/9/16 FAILED – View PDF


FAILED Bergamot 2/9/16 (LP)
FAILED Geranium 2/9/16 (LP)
FAILED Peppermint 2/9/16 (LP)

GC/MS tests performed by Laboratoire Phytochemia

Bergamot

From the Chemist: The sample contains synthetic linalool and linalyl acetate, as well as 1-acetonaphtone, also known as oranger liquid, which is a synthetic orange fragrance ingredient.


Geranium

From the chemist: This sample is not a geranium essential oil, but rather a mixture of individual ingredients or simpler oils. Those include likely synthetic citronellol and/or geraniol, synthetic linalool, and likely synthetic α-terpinyl acetate.


Peppermint

From the chemist: Although it contains no synthetic constituents, the sample is labelled as the wrong species. Indeed, this oil is likely from Mentha arvensis, not Mentha x piperita, lacking menthofuran and viridiflorol, and containing little 1,8-cineole and a high concentration of isopulegol.

Response from company: Hi Shannon,

Thanks for your email and test results.
We'll certainly take this feedback serious and follow up.
We will run further tests and discuss with our suppliers. Our team is already in the process of finalizing deal with another supplier and anticipating better quality and consistancy.

I hope, we continue working together. Our goal is deliver quality products

Best Regards

Asad

http://www.essentialoilsawareness.com/test-results/

2nd set of tested oils:

FAILED Frankincense 4/21/16 (LP)
FAILED Lavender 4/21/16 (LP)
FAILED Jasmine 4/22/16 (LP)
FAILED Roman Chamomile 4/21/16 (LP)

GC/MS tests performed by Laboratoire Phytochemia
Test res
http://www.essentialoilsawareness.com/test-results/


Frankincense 4/21/16 FAILED – View PDF
Lavender 4/21/16 FAILED – View PDF
Jasmine 4/22/16 FAILED – View PDF
Roman Chamomile 4/21/16 FAILED – View PDF


As part of the procedure with testing essential oils, if a company had 3 or more oils fail the first round of testing, I purchase more oils from that company to have them tested as well. Because all three of the oils I tested for Majestic Pure failed — Bergamot, Peppermint, and Geranium — I then purchased four more oils to be tested — Frankincense, Lavender, Jasmine, and Roman Chamomile.

All four of them showed problems as well. Here is what the chemists at Laboratoire PhytoChemia had to say about them:

**Frankincense**: The sample does not correspond to Boswellia serrata, which is characterized by high α-thujene. It could however correspond to another Boswellia. The observed profile does lack some small peaks found inmost frankincense samples we have analyzed previously, but there is no firm ground in this case to declare adulteration.

**Lavender**: This sample contains no lavender oil. It rather is a blend of several isolated compounds (terpinyl acetates, coumarine, synthetic linalool and linalyl acetate, 2-octanone and 2-nonanone) and possibly a simple essential oil base.

**Jasmine**: This sample contains no jasmine, and is rather a mixture of fragrance compounds both natural and synthetic with benzyl acetate as the main diluent.

**Roman Chamomile**: This sample contains no Chamaemelum nobile oil, which is characterized by its wealth of aliphatic esters, none of which is detected here. In addition to an unknown essential oil (possibly a blend of several), the sample also contains some synthetics, including diethyl phthalate (carrier or diluent) and musk xylene, a fragrance compound that is a possible carcinogen, although its concentration is low enough not to be of great concern for health.

Response from Majestic Pure:

Hi,

Thanks for forwarding these reports. Based on your previous reports and out own testing, we have started working more closely with our suppliers overseas. For many oils, we are in the process of changing vendors and imposing strict quality criteria including reports on each batch. We definitely want our products to contain 100% natural constituents. Please keep in touch with us, we are expecting huge improvements in coming months. Please start with our sandalwood oil.

Best Regards
Asad